IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| ARTURO MORALES, | * | |
| Plaintiff, | * | |
| v. | * | |
| ORANGEBURG FOODS, INC., | * | 6:15-cv-136 |
| Defendant. | * | |

ORDER

Presently before the Court is the parties' joint stipulation of dismissal with prejudice. (Doc. 13.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES WITH PREJUDICE** all claims in this matter. The clerk is **DIRECTED** to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of June, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA